**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01150-CR

### EX PARTE DUSTIN CALHOUN

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX16-90021-V**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE